# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RODNEY HOLLOMAN, | : | |
| Petitioner, | : | Civ. No. 14-5831 (RBK) |
| v. | : | **ORDER** |
| WARDEN J.T. SHARTLE, | : | |
| Respondent. | : | |

For the reasons expressed in the Opinion filed herewith:

IT IS this  5th  day of  May, 2015,

ORDERED that petitioner's motion for default judgment (Dkt. No. 4.) is denied; and it is further

ORDERED that petitioner's petition for writ of habeas corpus (Dkt. No. 1.) is denied; and it is further

ORDERED that the Clerk mark this case as closed.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge